FORMAN & CARDONSKY, ESQS.
701 Westfield Avenue
Elizabeth, New Jersey 07208
(908) 353-6500
*Attorney for Plaintiff, John Donofrio*

**CLOSED**

## U.S. DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff,<br>**JOHN DONOFRIO**<br><br>vs.<br><br>Defendants,<br>**OFFICER KATHLEEN MAGGAULLI, CITY OF SUMMIT** and/or **SUMMIT POLICE DEPARTMENT**, and/or **OVERLOOK HOSPITAL** and/or **JOHN DOES** (1-5 whose names are unknown to Plaintiff at this time) and **JANE DOES** (1-5 whose names are unknown to Plaintiff at this time) | CIVIL ACTION NO.: 2:10-cv-05917<br><br>**ORDER TO REMAND THIS MATTER TO THE SUPERIOR COURT OF THE STATE OF NEW JERSEY**<br><br>Filed Electronically and by Regular Mail |

**THIS MATTER** having come before the Court on a motion of Mark G.C. Lawrence, Esq. attorney for Plaintiff, John Donofrio, seeking an Order to remand this matter to the Superior Court of the State of New Jersey and the Court having considered the papers submitted herein and good cause having been shown; AND DEFENDANT(s) HAVING CONSENTED TO SAME;

IT IS on this ____8th____ day of ____FEBRUARY____, 2011;

**ORDERED** that Plaintiff's motion to remand this matter to the Superior Court of the State of New Jersey is hereby granted; and it is further

**ORDERED** that a copy of the within Order shall be served upon all interested parties within __7__ days hereof.

_____
HON. D.M. CAVANAUGH, USDJ